OPINION — AG — ** WILL ROGERS COMMISSION — PURCHASE — PUBLICATIONS ** CAN THE WILL ROGERS MEMORIAL COMMISSION AUTHORIZE TO PURCHASE 50,000 BOOKLETS, CONTAINING PICTURES AND WRITTEN MATTER RELATING TO THE WILL ROGERS MEMORIAL AT A COST OF $3,125.00 AND TO SELL SAID BOOKLETS TO THE PUBLIC AT COST ? — NEGATIVE (OPERATING EXPENSES, CLASSIFICATION, STATE AGENCY) CITE: 53 O.S. 42 [53-42], 53 O.S. 44 [53-44] (GEORGE T. MONTGOMERY)